**JS 6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARITA J. UNTALAN and ANDRES D. UNTALAN, | Case No.: CV09-4037 DSF (MANx) |
| Plaintiff, | Hon. Dale S. Fischer |
| v. | **JUDGMENT** |
| HOMEQ SERVICING CORPORATION (a New Jersey Corporation); NEW CENTURY MORTGAGE CORPORATION, (a California Corporation); MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. (MERS)(a California Corporation); OLD REPUBLIC DEFAULT MORTGAGE SERVICES, a division of OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY (a Minnesota Corporation) and DOES 1 through 50, inclusive, | |
| Defendants. | |

//
//
//
//
//

1

JUDGMENT is entered in favor of Defendant, Barclays Capital Real Estate, Inc. d/b/a HomEq Servicing, and against Plaintiffs for the reasons noted at the August 3, 2009 hearing and in the Court's November 13, 2009 order.  In addition, the Court orders that:

1. Plaintiff's counsel, James Curtis, was ordered to and must make payment to Defendant in the amount of $**12,707.35** for Defendant's attorney fees and costs; and

2. James Curtis was ordered to submit documentation of this payment to the Court by December 18, 2009.

**IT IS SO ADJUDGED AND DECREED.**

Dated: 12/21/09          _____
                         Honorable Dale S. Fischer
                         District Judge